# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BABE BRONSON,** | : | **CIVIL ACTION NO. 1:20-CV-2315** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **KEVIN KAUFFMAN,** *et al.,* | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 6th day of January, 2022, upon consideration of defendants'

motion (Doc. 33) for summary judgment, and the parties' respective briefs in

support of and opposition to said motion, and for the reasons set forth in the

accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 33) for summary judgment is GRANTED.

2. The Clerk of Court is DIRECTED to enter judgment in favor of defendants and close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania